# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: USA V ROSS et al

Case Number: 26CR00281

An appearance is hereby filed by the undersigned as attorney for:
VANESSA RHODES

Attorney name (type or print): MICHAEL JARARD

Firm: JARARD LAW GROUP

Street address: 77 W WACKER DR #4500

City/State/Zip: CHICAGO ILLINOIS 60601

Bar ID Number: 6294353
(See item 3 in instructions)

Telephone Number: 3122165196

Email Address: JARARDLAWGROUP@LIVE.COM

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/2/26

Attorney signature: S/ MICHAEL JARARD
(Use electronic signature if the appearance form is filed electronically.)